[No. 17434-1-II.    Division Two.    August 9, 1996.]

*In the Matter of the Estate of* VICTOR GOLDMAN.

PEARL GOLDMAN, *Appellant*, v. AGNES VOLKIRCH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-4-00609-2, Frederick W. Fleming, J., entered July 9, 1993. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Turner and Bridgewater, JJ.

[No. 17744-7-II.    Division Two.    August 9, 1996.]

*The Estate of* MARY NIKULA, ET AL., *Appellants*, v. TORE K. NIELSEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 92-2-00190-7, Wm. Thomas McPhee, J., entered November 12, 1993. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater and Turner, JJ.

[No. 18137-1-II.    Division Two.    August 9, 1996.]

*In the Matter of the Marriage of* BONNIE J. MEYER, *Respondent*, and RICHARD S. MEYER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-3-04110-2, Waldo F. Stone, J., entered March 30, 1994. *Reversed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Armstrong, J.

[No. 18469-9-II.    Division Two.    August 9, 1996.]

TIMOTHY DUNCAN, ET AL., *Appellants*, v. JIM RUMPELTES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 93-2-01095-1, William E. Howard, J., entered July 8, 1994. *Affirmed as modified* by unpublished opinion per Morgan, J., concurred in by Bridgewater and Turner, JJ.